# IN THE SUPREME COURT OF THE STATE OF NEVADA

SEA GROUPS LAS VEGAS LLC, A NEVADA LIMITED LIABILITY COMPANY; AND DAVE KE TING ZHENG,

Appellants,

vs.

7471 EASTGATE LLC, A LIMITED LIABILITY COMPANY; AND 4300 ALEXANDER LLC, A LIMITED LIABILITY COMPANY,

Respondents.

No. 79622

**FILED**

OCT 14 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY: S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Kerry Louise Earley, District Judge
Pisanelli Bice, PLLC
Fennemore Craig, P.C./Las Vegas
Eighth District Court Clerk

19-42433